**Order entered December 6, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00712-CV

### SANDRA L. SIMS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-02150**

## ORDER

Before the Court is appellant's December 4, 2018 motion for an extension of time to file a reply brief. We **GRANT** the motion. We **ORDER** Appellant's Revised Reply Brief tendered to this Court by appellant on December 4, 2018 filed as of the date of this order.

/s/      ADA BROWN
          JUSTICE